UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-0998cr-KING

18 USC 2422(b)

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

v.

GUSTAVO DESOUZA

_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about October 25, 2001, in Broward County and Miami-Dade County, in the Southern District of Florida, the defendant,

**GUSTAVO DESOUZA,**

did knowingly use a facility and means of interstate and foreign commerce, that is, a computer through the Internet, to attempt to persuade, induce, entice and coerce a person who had not attained the age of 18 years to

engage in sexual activity for which any person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KURT R. ERSKINE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 01 0998 CR-KING

v.

CERTIFICATE OF TRIAL ATTORNEY*

GUSTAVO DESOUZA

Superseding Case Information:

MAGISTRATE JUDGE
O'SULLIVAN

**Court Division:** (Select One)

_X_ Miami    ___ Key West
___ FTL      ___ WPB ___ FTP

New Defendant(s)             Yes ___  No ___
Number of New Defendants     ___
Total number of counts       ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days        _X_    Petty       ___
   II   6 to 10 days       ___    Minor       ___
   III  11 to 20 days      ___    Misdem.     ___
   IV   21 to 60 days      ___    Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No.  _01-3688-TURNOFF_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _October 25, 2001_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                    _[signature]_
                                    ASSISTANT UNITED STATES ATTORNEY
                                    COURT ID. A5500591

*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**01  0998 CR-KING**

MAGISTRATE JUDGE
O'SULLIVAN

Defendant's Name: _____GUSTAVO DESOUZA_____

CASE NO. _____

---

Count # I

    ENTICING A MINOR VIA INTERNET

TITLE 18, UNITED STATES CODE, SECTION 2422(b)

*Max. Penalty:  FIFTEEN YEARS IMPRISONMENT
================================================================
Count #



*Max. Penalty:
================================================================
Count #



*Max. Penalty:
================================================================
Count #



*Max Penalty:
_____
================================================================

    *Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# C-01-0998-CR-KING

## UNITED STATES DISTRICT COURT

District of FLORIDA

SOUTHERN _____ Division

THE UNITED STATES OF AMERICA

vs.

GUSTAVO DESOUZA

## INDICTMENT

IN VIOLATION OF: 18 USC 2422(b)

A true bill.

FGJ 00-03 (MIAMI) _____ Foreman

Filed in open court this _____ day
of _____ A.D. _____
_____ Clerk

Bail $ _____

MAGISTRATE JUDGE
O'SULLIVAN

GRAND JURY INDICTMENT NO. 03-MCN-422

Case 1:01-cr-00998-JLK Document 7 Entered on FLSD Docket 11/14/2001 Page 6 of 18



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 01-3688-Turnoff

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

GUSTAVO DESOUZA,
        Defendant.
_____/

### DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

    The defendant named above does hereby invokes the right to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or

1



kbnd.                                    **UNITED STATES DISTRICT COURT**
                                         **SOUTHERN DISTRICT OF FLORIDA**
                                                                              PSB
UNITED STATES OF AMERICA
        Plaintiff,
                                         APPEARANCE BOND: $50,000.
v.                                       CASE NO.: 01-3688-Turnoff

Gustavo DeSouza
        Defendant,
_____/

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ 50,000 10% PSB .

FILED by ___ D.C.
MAG SEC.
OCT 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

    1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

    2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

    3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

1040 NW 79th Way
Pembroke Pines, FL. 33024

    4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

    5. Shall not commit any act in violation of state or federal laws

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Marshal, Pretrial Services

DEFENDANT: De Souza, Gustavo
CASE NUMBER: 01-3658
PAGE TWO      Jun-ofb6

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;
✓ b. Report to Pretrial Services as follows: (✓) *as directed or* _____ *times in person and* _____ *times by telephone*;
✓ c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;
___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;
___ e. Participate in mental health assessment and/or treatment;
___ f. Participate and undergo a sex offense specific evaluation and treatment;
___ g. Maintain or actively seek full-time employment;
✓ h. Maintain or begin an educational program;
✓ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;
___ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;
___ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;
___ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;
___ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;
___ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ( ) or paid for by Pretrial Services ( ).
  ✓ Curfew: You are restricted to your residence every day from 11 pm to 6 AM, or as directed by the Court.
  ___ Home Detention: You are restricted to your residence at all times except for: ( ) medical needs or treatment, ( ) court appearances, ( ) attorney visits or court ordered obligations, and ( ) other _____.

___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
  You are restricted to the halfway house at all times except for: ( ) employment; ( ) education; ( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visits; ( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and ( ) other _____.

___ p. May travel to and from:_____, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ q. Comply with the following additional conditions of bond:
  No contact with minors, computer use school + home maintain Log of sites

DEFENDANT: DeSouza, Gustavo
CASE NUMBER: 01-3868
PAGE THREE                 Jun 4/66

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: G. DeSouza
CASE NUMBER: 01-3588-Turn.

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 30 day of Oct, 19 20 01, at Miami, Florida.
Signed and acknowledged before me:
WITNESS: _____
ADDRESS: AFPD _____ ZIP _____
DEFENDANT: (Signature) _____
ADDRESS: 1040 NW 79th Way
Pembroke Pines FL ZIP 33024
TELEPHONE: _____

**CORPORATE SURETY**

Signed this ___ day of ___, 19 ___, at ___, Florida.
SURETY: _____
ADDRESS: _____ ZIP _____
AGENT: (Signature) _____
PRINT NAME: _____
TELEPHONE: _____

**INDIVIDUAL SURETIES**

Signed this 30 day of Oct, 19 20 01, at Miami.
SURETY: (Signature) _____
PRINT NAME: Scott Gantman
RELATIONSHIP TO DEFENDANT: Father
ADDRESS: 1040 NW 79 Way
TELEPHONE: Pembroke Pines, FL

SURETY: (Signature) _____
PRINT NAME: Theresa Gantman
RELATIONSHIP TO DEFENDANT: Mother
ADDRESS: 1040 NW 79 Way
TELEPHONE: Pembroke Pines, FL. 33024

## APPROVAL BY COURT

Date: 10/30/01

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant Assistant U.S. Attorney, Counsel, Marshal, Pretrial Services

```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
                              CASE NO.   01-3688-TURNOFF
```

UNITED STATES OF AMERICA,

v.                                    **ORDER ON BOND MOTION**

GUSTAVO DESOUZA

_____

     This Cause came before the Court upon motion of the (defendant)(government) to (reduce)(increase)(modify) the bond. Upon consideration, it is

    **ORDERED AND ADJUDGED** as follows:

____ The motion is **denied**; bond remains at _____

____ The motion is **granted**; bond is set at:

X  Personal Surety, unsecured, in the amount of $50,000
   Co-Signed by Mother + Step Father

____ Personal Surety in the amount of $_____
     with 10% posted with Clerk of Court.

____ Full Cash in the amount of $_____

____ Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

X  Surrender all passports & travel documents to Pretrial Services.
X  Travel restricted to SD/Fla.
X  Report to Pretrial Services as follows: ____ weekly in person; ____ weekly by phone. as directed
X  Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__ Maintain/actively seek full-time employment or educational program.
X  Avoid all contact with victims of or witnesses to the crimes charged. with Minors
__ Refrain from possessing a firearm, destructive device or other dangerous weapon.
X  Curfew imposed seven days a week from 11 PM to 6 AM,
   Curfew to be electronically monitored at _____ expense.
__ Stay away from all commercial transportation facilities (marinas, airports, bus terminals).
X  Comply with the following additional special conditions of this bond: No Contact with Minors - Computer use School + Home - Maintain Log of Sites

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 30 day of OCT. 20 01

TAPE NO. 01B- 93-773

                                   _____
c:AUSA, Defense,                UNITED STATES MAGISTRATE JUDGE
  Pretrial Svcs, Marshal          TED E. BANDSTRA

FILED by _____ D.C.
OCT 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 01-3688-TURNOFF

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

~~Plaintiff,~~

Language  ENGLISH
Tape No. 01G- 76-721
AUSA  Kurt Erskine
Agent USSS-DEVINA

v.

GUSTAVO DESOUZA

FILED by _____ D.C.
MAG. SEC.
OCT 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Defendant.

DOB: 6-7-78        Reg# 67914-004

_____/

The above-named defendant having been arrested on ___10-25-01___ having appeared before the court for initial appearance on ___10-26-01___ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
Address:_____
Zip Code: _____ Telephone:_____
2. AFPD (Richard Lautenbach) _____ appointed as permanent counsel of record.
Address: 150 West Flagler Street, Miami, Fl
Zip Code: 33130  Telephone: (305) 530-7000
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2001.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am  11-5-01, 2001.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2001.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: $100,000 w/10% (no hrg held) - Bond Hearing 10-30-01 @ defense request -

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
    other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.

Page 1 of 2

GUSTAVO DESOUZA

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
_✓_j. Comply with the following additional special conditions of this bond; *no access to the internet via computer, pda's cellular phones or tv; reside with parents; Not to have contact with minors.*

This bond was set: At Arrest ✓_____
                On Warrant _____
                After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Miami, Florida, this 26th  day of  OCTOBER
2001.

                                                    **UNITED STATES MAGISTRATE JUDGE**
                                                    **WILLIAM C. TURNOFF**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

GUSTAVO DESOUZA

CRIMINAL COMPLAINT

CASE NUMBER: 01-3688-TURN

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 25, 2001, in Miami-Dade County, in the Southern District of Florida, the defendant used the mail and facility and means of interstate or foreign commerce of the United States to knowingly persuade, induce, entice, or coerce any individual who had not attained the age of 18 years, to engage in a sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

TIMOTHY DEVINE, SPECIAL AGENT
UNITED STATES SECRET SERVICE
OCTOBER 26, 2001

Sworn to before me, and subscribed in my presence,

OCTOBER 26, 2001
Date

at   Miami, Florida
     City and State

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## **AFFIDAVIT**

I, Timothy R. Devine, being first duly sworn upon oath, do hereby depose and state as follows:

1. I am a Special Agent of the United States Secret Service (USSS) and have been so employed for since April of 1999. I am currently assigned to the Miami Field Office of the USSS. My duties include the investigation of access device fraud, computer fraud violations, and other criminal matters. I submit this affidavit based upon information known to me personally from investigation, as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. This is investigation is part of an undercover operation that was initiated the Electronic Crimes of Violence Task Force. I have participated in this investigation, spoken with other law enforcement agents, and have reviewed documents and transcripts of Internet communications related to this investigation. Because this affidavit is being submitted for a limited purpose of establishing probable cause, I have not included ever aspect, fact, or detail of this investigation.

3. I know from my training and experience that "Yahoo" Internet Relay Chat is a computer program that permits individuals with access to the Internet to electronically communicate with each other in real time ("chats"). Users of this program choose names with which to identify themselves ('nicknames" or "screen names") during communications with other users.

4. On October 25, 2001, I was signed into the Yahoo Internet Relay Chat on a computer at the United States Secret Service Miami Field Office, using the female undercover name "Hialeahnina13." I entered the Miami Room of Yahoo Internet Relay Chat and was contacted via private message by the user identifying himself as "Tenyearz." During this chat, I identified "Hialeahnina13" as a 13-year-old female and "Tenyearz" stated he was a 23-year old male. "Tenyearz" initiated a sexual explicit conversation and asked "Hialeahnina13" if she would have sex with him. "Tenyearz" then asked "Hialeahnina13" if she would meet him for the purpose of engaging in sexual activity. Agents arranged to meet "Tenyearz" at 10:00 P.M. in the parking lot behind the Publix Supermarket, located at the corner of NW 58th street and 107th avenue in Miami. "Tenyearz" stated he would be wearing shorts, a light blue shirt, and a Yankee baseball hat. "Tenyearz" stated he was having a friend drive him to the front of the Publix and he would walk to meet "Hialeahnina13." "Hialeahnina13" advised "Tenyearz" she would be wearing jeans, a white t-shirt, and a baseball hat.

5. Continuing on 10/25/01, at 9:50 P.M., Agents of this service instituted surveillance of the Publix Supermarket, located at the corner of NW 58th Street and 107th Avenue in Miami. A female undercover agent, posing as "Hialeahnina13," positioned herself in the parking area behind the Publix Shopping Center. At 10:04, Agents observed a red Nissan Altima driving in the parking area behind the Publix Supermarket and then exit the back parking area. Agents observed the same red Nissan Altima pass the area where the undercover agent was positioned three additional times. Agents noticed that the passenger of the Nissan Altima was wearing a Yankee baseball hat. At 10:12 P.M., the Nissan Altima parked in the front parking area of the Publix Shopping Center and Agents observed a white male wearing jean shorts, a light blue shirt, and a Yankee baseball hat, exit the vehicle. Agents observed the white male walk to the back parking area of the Publix Shopping Center and approach the undercover agent. Agents approached the subject, identified themselves, and detained the subject.

6. The subject, identified as Gustavo Desouza of Pembroke Pines, was interviewed. Prior to questioning, Desouza was advised of his Miranda rights, which he stated he understood and waived. Desouza stated he utilizes the username "Tenyearz" for Yahoo Internet Relay Chat. Desouza stated on October 25, 2001, he initiated contact on Yahoo Internet Relay Chat with "Hialeahnina13" and believed she was an underage female. Desouza stated he initiated a sexually explicit conversation with "Hialeahnina13" and asked her to meet him for the purpose of having sex. Desouza stated he agreed to meet "Hialeahnina13" behind the Publix Shopping Center and, if she were willing, he would have had sex with her.

AFFIANT SAYETH NAUGHT

_____
SPECIAL AGENT TIMOTHY DEVINE
UNITED STATES SECRET SERVICE

SWORN TO BEFORE ME THIS
26th DAY OF OCTOBER, 2001

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-3688-TURNOFF

UNITED STATES OF AMERICA

vs.

GUSTAVO DESOUZA

_____/

FILED by _____ D.C.
MAG. SEC.

OCT 26 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## CRIMINAL COVER SHEET

1.  Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ___ Yes   _X_ No

2.  Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  ___Yes   _X_ No

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
J. KIRK OGROSKY
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500479
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9401
FAX (305) 530-7976

N:\vsimmons\Duty\complain.cov

FILED by _____ D.C.
MAG. SEC.

OCT 26 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )  Case Number: cr 01-3688-
            Plaintiff    )                    Turnoff
                         )  REPORT COMMENCING CRIMINAL
      -vs-               )  ACTION
                         )
  GUSTAVO DeSOUZA        )
            Defendant    )  67914.004

********************************
TO:  Clerk's Office  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
     U.S. District Court        (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE --
********************************
All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-25-01 — 10:03 am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 2422 - Enticing A minor For Sex

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 06-07-78

(6) Type of Charging Document: (Check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case #_____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [X] NO

Amount of Bond: $_____
Who set Bond: AUSA Martinez

(7) Remarks: _____

(8) Date: 10-25-01       (9) Arresting Officer: SA Devine

(10) Agency: U.S. Secret Service    (11) Phone: 305-629-1851